No. 7,999.—STATE ex Rel. ALBIN D. MITCHELL, Jr., ET AL., PETITIONERS, *v.* DISTRICT COURT ET AL., DEFENDANTS.

Decided September 26, 1939.

PER CURIAM.—In pursuance to request of petitioners herein it is ordered that the above cause be and it is hereby dismissed.

*Mr. Wellington D. Rankin* and *Mr. Arthur P. Acher,* for Petitioners.